EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Chief, Violent Crime Section

MATTHEW J. RINKA
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: (808) 440-9248
Facsimile: (808) 541-2958
E-Mail: Matthew.Rinka@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2003

at 10 o'clock and 20 min. A M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00584 DAE |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| ADELBERT M. HERNANDEZ, ) | [18 U.S.C. § 13; H.R.S §§ 708-836, 708-836.5] |
| Defendant. ) | |

### INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about December 1, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Naval Station Pearl Harbor, ADELBERT M. HERNANDEZ, defendant herein, did knowingly and intentionally exert control over the propelled vehicle of

another, to wit: a red Dodge Neon bearing Hawaii License plate #JPY 630, the property of Christopher J. Russ, by operating said vehicle without the owner's consent.

All in violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

## COUNT 2

The Grand Jury further charges that:

On or about December 1, 2003, in the District of Hawaii and at a place within the special maritime and territorial jurisdiction of the United States, namely Naval Station Pearl Harbor, ADELBERT M. HERNANDEZ, defendant herein, did knowingly and intentionally enter and remain unlawfully in a motor vehicle of another, to wit: a red Dodge Neon bearing Hawaii License plate #JPY 630, the property of Christopher J. Russ, with the intent to commit a crime therein against persons and property rights.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Hawaii Revised Statute, Section 708-836.5, and Title 18, United States Code, Section 13.

DATED: _____12-11_____, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MATTHEW J. RINKA
Special Assistant U.S. Attorney

UNITED STATES v. ADELBERT M. HERNANDEZ
CR. NO.
INDICTMENT